# United States District Court
## Violation Notice

**CVB Location Code:** EC62

**Violation Number:** 7327603
**Officer Name (Print):** ESS16
**Officer No.:** #516

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 02/04/2024 1747
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
36 CFR 2.35(c)

**Place of Offense:** CAHA - NC HWY 12 / PEA ISLAND

**Offense Description: Factual Basis for Charge:** HAZMAT ☐
UNDER THE INFLUENCE OF CONTROLLED SUBSTANCE THAT ENDANGERS SELF/OTHERS

### DEFENDANT INFORMATION
**Last Name:** BRAND
**First Name:** MICHELLE
**M.I.:** V

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:24-MJ-1014

$ _____ Forfeiture Amount
$30 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** NOTICE SERVED
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature:

(Rev. 09/2015)    Original - CVB Copy

Location Code – EC62
Citation Number - 7327603
NPS Case Number – NP24027472
Ranger Last Name – ESSIG #916

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/4/2024 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina -

At approximately 1747 hours, I, United States Park Ranger J. Essig #916, was dispatched by Dare County Sheriff's Office (DCSO) Communications Center to an overdose on NC Highway 12 south of the Oregon Inlet Bridge on Pea Island, North Carolina. This area is within the jurisdiction of Cape Hatteras National Seashore.

DCSO Communications Center advised a white Audi sedan was parked on the side of NC Highway 12 with a subject in the vehicle having an overdose and that CPR was initiated.

Upon arrival, I observed a parked white 2022 Audi A4 (                    ), with a male subject lying on the ground on the passenger side of the vehicle with a female subject nearby. The female subject, identified by her name and date of birth as Michelle V. BRAVO, stated that the male was having an overdose and had used Fentanyl and Xanax prior to becoming unconscious. BRAVO identified the male subject by his name as Thomas J. LePage. I administered Narcan to LePage. Dare County EMS arrived on scene and administered more Narcan to LePage. LePage regained consciousness and was transported by Dare County EMS to Outer Banks Health in Nags Head, North Carolina for further evaluation.

During the contact, BRAVO stated she had taken two Xanax's and one line of cocaine after getting picked up by LePage at her house in Manteo, North Carolina. BRAVO stated LePage was driving the vehicle but began to not feel well and was unable to drive from the effects of his drug use. BRAVO stated she took over driving the vehicle and suggested they get Narcan for LePage. BRAVO stated that while she was driving on Oregon Inlet Bridge, LePage began to lose consciousness, so she drove fast to get off the bridge. BRAVO stated she administered chest compressions on LePage while driving. Once the vehicle was off the Oregon Inlet Bridge, BRAVO stated she pulled the vehicle off NC Highway 12 to get help for LePage.

I observed that BRAVO's eyes were red, watery, and her pupils were dilated. BRAVO had mood swings from being jovial, talkative, and cooperative to being sleepy and lethargic when I interacted with her. At times, BRAVO's speech was slurred and hard to understand. BRAVO stated she had been off drugs prior and had relapsed that day.

I issued BRAVO a mandatory court appearance for 36 2.35(c) "Under the influence of controlled substance to degree that endangers self or others". A notice was served to BRAVO with court information providing further instructions.

The incident was audio and visually recorded by my duty issued Axon 3 Body Worn Camera and my patrol vehicle's Axon Fleet Camera.

The foregoing statement is based upon:
☒ My personal observation        ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __02/04/2024__    _(signature)_ #916
              Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)        U.S. Magistrate Judge